HENRY M. CHANCE and Others, Suing on Behalf of Themselves and All Other Stockholders of R. HOE & Co., INC., Respondents, v. GUARANTY TRUST COM-

PANY OF NEW YORK and Others, Appellants, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.